UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

------------------------------------------------------------X
FERNANDO H. PIMENTA,

Plaintiff,

-against-

AXIS SPECIALTY U.S. SERVICES, INC. and JOHN POSA,

Defendants.
------------------------------------------------------------X

26-CV-01854 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a teleconference on Tuesday, October 20, 2026, at 3:00 p.m., to discuss discovery disputes;

IT IS HEREBY ORDERED that Defendant Axis Specialty U.S. Services, Inc. ("Axis") must produce to the Plaintiff:

- The resignation letter of Defendant John Posa;
- Any complaint letters about Posa submitted during his tenure at Axis;
- Any other documents or communications related to Posa's resignation from Axis that were created or sent between March 1 and May 31, 2026;
- Performance reviews for John Posa, Sandra Minot, Anna Tan, and Steve Cuccienello from the past three years;
- Position descriptions for John Posa, Sandra Minot, Anna Tan, and Steve Cuccienello from the past three years; and
- Any complaint letters related to Plaintiff's performance sent by clients or brokers to Axis.

IT IS HEREBY ORDERED that Axis must produce the above-listed items, plus the undisputed discovery items identified by the parties prior to the teleconference, by **Friday, November 20, 2026**.

IT IS HEREBY ORDERED that Plaintiff's request for Axis to produce Plaintiff's entire email inbox is DENIED. The parties must meet and confer about supplemental searches of Plaintiff's email inbox and agree on specific search terms.

IT IS HEREBY ORDERED that Plaintiff's request for Axis to produce all documents and communications underlying Axis's transactions with specific clients is DENIED. The parties must meet and confer about the specific documents and communications related to three clients' transactions that the Plaintiff seeks from Axis.

IT IS HEREBY ORDERED that if the parties cannot resolve the above-listed issues, they must file, by **Thursday, November 19, 2026**, a joint letter that succinctly states each party's position on any disputes.

IT IS HEREBY ORDERED that the parties' deadline to complete fact discovery is ADJOURNED from November 13, 2026, to **Friday, January 15, 2027**. The parties' deadline to complete expert discovery is ADJOURNED from December 23, 2026, to **Wednesday, February 24, 2027**. The conference currently scheduled for November 20, 2026, is ADJOURNED to **Friday, January 22, 2027**. The parties' joint letter, *see* Dkt. 14 ¶ 11, is due not later than **Thursday, January 14, 2027**. The parties are advised that the Court is unlikely to extend these deadlines further.

SO ORDERED.

Date: October 22, 2026
New York, NY

VALERIE CAPRONI
United States District Judge